UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN JOSEPH GABRIEL BRENNAN,

                Plaintiff,

    -v-                                                                                  3:17-cv-391
                                                                                    (DNH/DEP)

ROBERT BEHNKE, Broome County Attorney,
and DEBBIE PRESTON, Broome County
Executive,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

KEVIN JOSEPH GABRIEL BRENNAN
Plaintiff pro se
319 Exchange Avenue
Townhouse #20
Endicott, New York 13760


DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Kevin Joseph Gabriel Brennan brought this action alleging violations of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101 et seq. On May 2, 2017, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed based upon the pendency of a previously filed action involving the same allegations and causes of action. Plaintiff timely filed objections to the Report-Recommendation, along with a proposed amended complaint.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED in its entirety

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 5, 2017
      Utica, New York.